FILED
November 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                          Plaintiff,            )<br>v.                                                           )<br>                                                              )<br>DANIEL MARTIN SIMS,                       )<br>                                                              )<br>                          Defendant.       ) | Case No. CR. S-07-437-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL MARTIN SIMS , Case No. CR. S-07-437-WBS , Charge  Title 21 USC § 846 and 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X  Bail Posted in the Sum of $ 50,000.00 — co-signed by defendant's Father w/ 3rd party custody.

X  Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X  (Other)  Pretrial Services Supervision of conditions of release

Issued at  Sacramento, CA  on  November 5, 2007  at  9:30 a.m.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge