1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Andrew Sims

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,   ) NO. CR. S.07-437 WBS
                               )
11            Plaintiff,       )
                               ) **Stipulation to Continue Status**
12    v.                       ) **Conference & ~~Proposed~~ Order**
                               )
13 ANDREW SIMS                 ) Date: March 31, 2008
                               ) Time: 8:30 a.m.
14            Defendant.       ) Court: Hon. William B. Shubb
                               )
15 _____)

16

17     Defendant, Andrew Sims, by and through his undersigned counsel
18 and the United States, by and through Assistant United States
19 Attorney Michael Beckwith, hereby agree and stipulate that the status
20 conference previously scheduled for January 22, 2008, should be re-
21 set to March 31, 2008 if that date is available with the Court.

22     The parties agree that the status conference should be continued
23 to allow counsel sufficient time to investigate, prepare and continue
24 negotiations.  Defendant, Thomas Charts, has just been arrested and
25 this will effect the parties on-going negotiations.

26     ///

27     ///

28 Time should be excluded for preparation of counsel under 18 U.S.C. §

3161(H)(8)(b)and pursuant to local code T4.

                                      Respectfully submitted,

Dated: January 4, 2008      /s/ Shari Rusk
                                      Shari Rusk
                                      Attorney for Defendant
                                      Andrew Sims

Dated: January 4, 2008      /s/ Mike Beckwith
                                      Michael Beckwith
                                      Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   January 7, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2