McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797


        IN THE UNITED STATES DISTRICT COURT FOR THE

             EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-437 WBS |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE RE: SENTENCING |
| v. ) | |
| ) | |
| DANIEL MARTIN SIMS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ————————————————————) | |

    The parties hereby request this matter be continued from
March 3, 2008, to April 28, 2008.  Assistant U.S. Attorney
Michael Beckwith represents the United States and Donald D.
Dorfman represents Daniel Martin Sims ("Defendant").

    The parties agree and hereby request that the status
conference be continued to April 28, 2008, at 8:30 A. M. This
continuance is requested by the parties to gather and consider
additional information relevant to sentencing.

///

///

///

                        1

1      **IT IS HEREBY ORDERED:**

2          1.   A status conference is set for April 28, 2008, at 8:30

3   A.M.

4          2.   Based on the party's representations, the Court finds

5   that the ends of justice outweigh the best interest of the public

6   and Defendant in a speedy trial.  Accordingly, time under the

7   Speedy Trial Act shall be excluded through April 15, 2008.

8

9          IT IS SO ORDERED

10

11

12   Date: March 3, 2008

13

14                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2