```
1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )  CR. S-07-437 WBS
         Plaintiff,          )
                             )  ORDER CONTINUING STATUS
                             )  CONFERENCE RE: SENTENCING
    v.                       )
                             )
DANIEL MARTIN SIMS,          )
                             )
                             )
         Defendant.          )
                             )
```

The parties hereby request this matter be continued from March 3, 2008, to April 28, 2008. Assistant U.S. Attorney Michael Beckwith represents the United States and Donald D. Dorfman represents Daniel Martin Sims ("Defendant").

The parties agree and hereby request that the status conference be continued to April 28, 2008, at 8:30 A. M. This continuance is requested by the parties to gather and consider additional information relevant to sentencing.

///

///

///

1

**IT IS HEREBY ORDERED**:

1. A status conference is set for April 28, 2008, at 8:30 A.M.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 15, 2008.

IT IS SO ORDERED

Date: March 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE